**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| BOILERMAKER-BLACKSMITH NATIONAL PENSION FUND; BOILERMAKERS NATIONAL HEALTH AND WELFARE FUND BOILERMAKERS NATIONAL ANNUITY TRUST; JOHN FULTZ as a fiduciary of the BOILERMAKER-BLACKSIMITH NATIONAL PENSION FUND, BOILERMAKERS NATIONAL HEALTH AND WELFARE FUND and BOILERMAKERS NATIONAL ANNUITY TRUST,<br><br>    Plaintiffs,<br><br>vs.<br><br>BOILER TECH, INC.,<br><br>    Defendant. | Case No. 2:18-cv-2319 |

## NOTICE OF VOLUNTARY DISMISSAL OF CIVIL ACTION

TO: CLERK OF COURT

  Plaintiffs, the Boilermaker-Blacksmith National Pension Fund, et al., hereby file this Notice of Voluntary Dismissal of Civil Action, as follows:

  1. Plaintiffs initiated this civil action on June 14, 2018.

  2. Plaintiffs now wish to dismiss this action, without prejudice.

  3. Federal Rule of Civil Procedure 41(a)(1)(A)(i) states that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed.R.Civ.P. 41(a)(1)(A)(i).

  4. To date, the above-captioned Defendant has not served an answer or a motion for summary judgment.

  5. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Plaintiffs may dismiss this action without a court order.

  6. Plaintiffs' dismissal of this action is without prejudice.

  7. Because the action is dismissed without prejudice, Plaintiffs respectfully request that it be marked closed.

                      **TUCKER ARENSBERG, P.C.**

                      */s/ Neil J. Gregorio*
                      Neil J. Gregorio, Esquire
                      KS Id. No. 28000
                      PA Id. No. 90895

                      1500 One PPG Place
                      Pittsburgh, PA  15222
                      (412) 566-1212

                      Counsel for the Plaintiffs, Boilermaker-Blacksmith National Pension Fund, et al.

TADMS:5081222-1 032403-185583